IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Holding a Criminal Term

Grand Jury Sworn in on November 15, 2007

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | CRIMINAL NO. : |
| | : | |
| v. | : | Grand Jury Original |
| | : | |
| **ANGIE ROGERS,** | : | VIOLATIONS: |
| also known as Aggie Hemmat, | : | |
| | : | 18 U.S.C. § 1029(a)(2) |
| Defendant. | : | (Credit Card Fraud) |
| | : | |
| | : | 18 U.S.C. § 1028A |
| | : | (Aggravated Identity Theft) |
| | : | |
| | : | D.C. Code § 22-3221(a) |
| | : | (Fraud in the First Degree) |

**I N D I C T M E N T**

The Grand Jury charges that:

**COUNT ONE**

Between on or about January 1, 2005 and December 31, 2005, within the District of Columbia and elsewhere, defendant **ANGIE ROGERS,** also known as Aggie Hemmat, did knowingly and with intent to defraud obtain and use one or more unauthorized access devices, as defined in Title 18, United States Code, Sections 1029(e)(1) and (3), that is, American Express credit card numbers "3715******43008" and "3715******42018,"and by such conduct during the one-year period described above, obtained goods and services in the aggregate amount of approximately

$12,942, and said use affected interstate and foreign commerce by, among other things, enabling defendant **ANGIE ROGERS,** also known as Aggie Hemmat, to purchase airline tickets for interstate travel and by causing financial losses to the American Express Company.

**(Credit Card Fraud,** in violation of Title 18, United States Code, Section 1029(a)(2)).

## COUNT TWO

1. The allegations contained in Count One of this Indictment are hereby re-alleged and incorporated as if set forth herein.

2. Between on or about January 1, 2005 and December 31, 2005, within the District of Columbia and elsewhere, defendant **ANGIE ROGERS,** also known as Aggie Hemmat, did knowingly transfer, possess and use, without lawful authority, a means of identification of another person during and in relation to a felony offense relating to credit card fraud, as specified in Count One of this indictment, and such means of identification consisted of the real "Aggie Hemmat's" name and social security number and birth date.

**(Aggravated Identity Theft**, in violation of Title 18, United States Code, Section 1028A(a)(1)).

## COUNT THREE

Between on or about January 1, 2005 through on or about June 31, 2005, within the District of Columbia and elsewhere, defendant **ANGIE ROGERS,** also known as Aggie Hemmat, engaged in a scheme and systematic course of conduct with intent to defraud and to obtain property of Midatlantic Northeast, RS, Inc., also known as Trammell Crow Residential Services, and Massachusetts Court Apartments, a Condominium, by means of a false and fraudulent pretense,

representation, and promise and thereby obtained property of a value of $250 or more belonging to Midatlantic Northeast, RS, Inc., also known as Trammell Crow Residential Services, and Massachusetts Court Apartments, a Condominium, consisting of rental fees and other fees due for the use of Apartment 504, 300 Massachusetts Ave., N.W., Washington, D.C.

    (**Fraud in the First Degree**, in violation of Title 22, District of Columbia Code, Section 22-3221(a))

A TRUE BILL

FOREPERSON

Attorney of the United States in
and for the District of Columbia