08-CV-240

CLOSED

# U.S. District Court
# Eastern District of Virginia (Norfolk)
# CRIMINAL DOCKET FOR CASE #: 2:08-mj-00390-FBS-1

Case title: USA v. Rogers  
Other court case number: 08-240 USDC District of Columbia

Date Filed: 08/19/2008  
Date Terminated: 08/19/2008

Assigned to: Magistrate Judge F. Bradford Stillman

**FILED**

AUG 2 2 2008

NANCY MAYER WHITTINGTON, CLERK  
U.S. DISTRICT COURT

**Defendant (1)**

Angie Rogers  
*TERMINATED: 08/19/2008*

represented by **Angie Rogers**  
PRO SE

**Pending Counts**

None

**Disposition**

**Highest Offense Level (Opening)**

None

**Terminated Counts**

None

**Disposition**

**Highest Offense Level (Terminated)**

None

**Complaints**

None

**Disposition**

**Plaintiff**

USA

| Date Filed | # | Docket Text |
|---|---|---|
| 08/19/2008 |  | Arrest of Angie Rogers (afor) (Entered: 08/20/2008) |
| 08/19/2008 |  | Arrest Warrant Returned Executed on 8/19/08 as to Angie Rogers. (afor) (Entered: |

| | | |
|---|---|---|
| | | 08/20/2008) |
| 08/19/2008 | | Initial Appearance set for 8/19/2008 at 02:30 PM before Magistrate Judge F. Bradford Stillman. (afor) (Entered: 08/21/2008) |
| 08/19/2008 | | Minute Entry for proceedings held before Magistrate Judge F. Bradford Stillman; FTR; USA appeared through Laura Everhart, AUSA. Defendant appeared in custody without counsel. Defendant advised of rights, charges, etc. Defendant entered Rule 5 Waiver. Waiver and commitment order entered and filed in open court. (afor) THIS IS A TEXT ONLY ENTRY. NO PDF DOCUMENT IS ATTACHED (Entered: 08/21/2008) |
| 08/19/2008 | 2 | Copy of Arrest Warrant with attached indictment (afor) (Entered: 08/21/2008) |
| 08/19/2008 | 4 | WAIVER of Rule 5 Hearings by Angie Rogers (afor) (Entered: 08/21/2008) |
| 08/19/2008 | 5 | COMMITMENT TO ANOTHER DISTRICT as to Angie Rogers. Defendant committed to District of Columbia.. Signed by Magistrate Judge F. Bradford Stillman on 8/19/08. (afor) (Entered: 08/21/2008) |

| PACER Service Center | | | |
|---|---|---|---|
| Transaction Receipt | | | |
| 08/22/2008 10:33:00 | | | |
| PACER Login: | us3871 | Client Code: | |
| Description: | Docket Report | Search Criteria: | 2:08-mj-00390-FBS |
| Billable Pages: | 1 | Cost: | 0.08 |

AUG 07 2008 14:26 FR UPS

# WARRANT FOR ARREST

CO-180 (Rev. 4/02)

| UNITED STATES DISTRICT COURT | FOR THE DISTRICT OF COLUMBIA | |
|---|---|---|
| UNITED STATES OF AMERICA | DOCKET NO: 08-240 | MAGIS. NO: |
| v. | NAME & ADDRESS OF INDIVIDUAL TO BE ARRESTED | |
| ANGIE ROGERS | ANGIE ROGERS<br>CENTRAL CORRECTIONAL FACILITY<br>NO. 13<br>6900 COURTHOUSE ROAD<br>CHESTERFIELD, VA 23832 | |
| DOB:    PDID: | | |

2:08mj390

FILED AUG 1_ 2008
CLERK, US DISTRICT COURT
NORFOLK, VA

| WARRANT ISSUED ON THE BASIS OF: | INDICTMENT | DISTRICT OF ARREST: |
|---|---|---|
| TO: | ANY UNITED STATES MARSHAL OR OTHER AUTHORIZED OFFICER | CITY |

**YOU ARE HEREBY COMMANDED** to arrest the above-named person and bring that person before the nearest available Magistrate Judge to answer to the charge(s) listed below.

## DESCRIPTION OF CHARGES

CREDIT CARD FRAUD
AGGRAVATED IDENTITY THEFT
FRAUD IN THE FIRST DEGREE

RECEIVED
WARRANT SECTION
2008 AUG -7  AM 11:30

| IN VIOLATION OF: | UNITED STATES CODE TITLE & SECTION: |
|---|---|
|  | 18:1029(a)(2); 1028A; and D.C. Code 22-3221(a) |

| BAIL FIXED BY COURT: | OTHER CONDITIONS OF RELEASE: |
|---|---|

| ORDERED BY: | SIGNATURE (JUDGE/MAGISTRATE JUDGE) | DATE ISSUED: |
|---|---|---|
| MAGISTRATE JUDGE KAY | U.S. MAGISTRATE JUDGE ALAN KAY | 8/5/08 |
| CLERK OF COURT: | BY DEPUTY CLERK: | DATE: |
| Nancy Mayer-Whittington | [signature] | 8/5/08 |

### RETURN

This warrant was received and executed with the arrest of the above-named person.

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE EXECUTED 8-19-08 | C/W                    DC | C/W |
| HIDTA CASE: Yes  No X | | OCDETF CASE: Yes  No X |

INA 8/20/08

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Holding a Criminal Term

Grand Jury Sworn in on November 15, 2007

| | |
|---|---|
| UNITED STATES OF AMERICA | : CRIMINAL NO. : |
| v. | : Grand Jury Original |
| ANGIE ROGERS, | : VIOLATIONS: |
| also known as Aggie Hemmat, | : |
| Defendant. | : 18 U.S.C. § 1029(a)(2) |
| | : (Credit Card Fraud) |
| | : 18 U.S.C. § 1028A |
| | : (Aggravated Identity Theft) |
| | : D.C. Code § 22-3221(a) |
| | : (Fraud in the First Degree) |

## INDICTMENT

The Grand Jury charges that:

### COUNT ONE

Between on or about January 1, 2005 and December 31, 2005, within the District of Columbia and elsewhere, defendant ANGIE ROGERS, also known as Aggie Hemmat, did knowingly and with intent to defraud obtain and use one or more unauthorized access devices, as defined in Title 18, United States Code, Sections 1029(e)(1) and (3), that is, American Express credit card numbers "3715******43008" and "3715******42018," and by such conduct during the one-year period described above, obtained goods and services in the aggregate amount of approximately

$12,942, and said use affected interstate and foreign commerce by, among other things, enabling defendant ANGIE ROGERS, also known as Aggie Hemmat, to purchase airline tickets for interstate travel and by causing financial losses to the American Express Company.

(Credit Card Fraud, in violation of Title 18, United States Code, Section 1029(a)(2)).

## COUNT TWO

1. The allegations contained in Count One of this Indictment are hereby re-alleged and incorporated as if set forth herein.

2. Between on or about January 1, 2005 and December 31, 2005, within the District of Columbia and elsewhere, defendant ANGIE ROGERS, also known as Aggie Hemmat, did knowingly transfer, possess and use, without lawful authority, a means of identification of another person during and in relation to a felony offense relating to credit card fraud, as specified in Count One of this indictment, and such means of identification consisted of the real "Aggie Hemmat's" name and social security number and birth date.

(Aggravated Identity Theft, in violation of Title 18, United States Code, Section 1028A(a)(1)).

## COUNT THREE

Between on or about January 1, 2005 through on or about June 31, 2005, within the District of Columbia and elsewhere, defendant ANGIE ROGERS, also known as Aggie Hemmat, engaged in a scheme and systematic course of conduct with intent to defraud and to obtain property of MidAtlantic Northeast, RS, Inc., also known as Trammell Crow Residential Services, and Massachusetts Court Apartments, a Condominium, by means of a false and fraudulent pretense,

Case 1:08-cr-00240-EGS   Document 1   Filed 08/06/2008   Page 3 of 3

representations and promises and thereby obtained property of a value of $250 or more belonging to Midatlantic Northeast, RS, Inc., also known as Trammell Crow Residential Services, and Massachusetts Court Apartments, a Condominium, consisting of rental fees and other fees due for the use of Apartment 504, 300 Massachusetts Ave., N.W., Washington, D.C.

(Fraud in the First Degree, in violation of Title 22, District of Columbia Code, Section 22-3221(a))

A TRUE BILL

FOREPERSON

Attorney of the United States in
and for the District of Columbia

# UNITED STATES DISTRICT COURT

___Eastern___ DISTRICT OF ___Virginia___

FILED IN OPEN COURT
Aug 19 2008
CLERK, U.S. DISTRICT COURT
NORFOLK, VA

UNITED STATES OF AMERICA

v.

Angie Rogers

Defendant

**WAIVER OF RULE 5 & 5.1 HEARINGS**
(Complaint/Indictment)

CASE NUMBER: 2:08mj390

CHARGING DISTRICTS
CASE NUMBER: 08-240

I understand that charges are pending in the _____ District of ___Columbia___ alleging violation of ___T. 18 USC Sections 1029(a)(2); 1028A___ and that I have been arrested in this district and
(Title and Section)

taken before a judge, who has informed me of the charge(s) and my rights to:

(1) retain counsel or request the assignment of counsel if I am unable to retain counsel;

(2) an identity hearing to determine whether I am the person named in the charges;

(3) a preliminary hearing (unless an indictment has been returned or information filed) to determine whether there is probable cause to believe an offense has been committed by me, the hearing to be held in this district or the district of prosecution; and

(4) Request transfer of the proceedings to this district under Rule 20, Fed. R. Crim. P., in order to plead guilty.

**I HEREBY WAIVE (GIVE UP) MY RIGHT TO A(N):**

(X) identity hearing

( ) preliminary hearing

( ) identity hearing but request a preliminary hearing be held in the prosecuting district and, therefore, consent to the issuance of an order requiring my appearance in the prosecuting district where the charges are pending against me.

_[signature]_
Defendant

___August 19, 2008___
Date

_____
Defense Counsel

AO 94 (Rev. 8/97) Commitment to Another District

# UNITED STATES DISTRICT COURT

**EASTERN** District of **VIRGINIA**

UNITED STATES OF AMERICA
v.
Angie Rogers

**COMMITMENT TO ANOTHER DISTRICT**

FILED IN OPEN COURT
AUG 1 9 2008
CLERK, U.S. DISTRICT COURT
NORFOLK, VA

| DOCKET NUMBER | | MAGISTRATE JUDGE CASE NUMBER | |
|---|---|---|---|
| District of Arrest | District of Offense | District of Arrest | District of Offense |
|  | 08-240 | 2:08MJ390 |  |

CHARGES AGAINST THE DEFENDANT ARE BASED UPON AN

x Indictment    Information    Complaint    Other    Violation Notices

charging a   18   U.S.C.   1029(a)(2); 1028A; DC Code 22-3221(a)

**DISTRICT OF OFFENSE**

District of Columbia

**DESCRIPTION OF CHARGES:**

Credit Card Fraud; Aggravated Identity Theft; Fraud In The First Degree

**CURRENT BOND STATUS:**

☐ Bail fixed at                and conditions were not met
☐ Government moved for detention and defendant detained after hearing in District of Arrest
X Government moved for detention and defendant detained pending detention hearing in District of Offense
☐ Other (specify)

Representation:    Retained Own Counsel    Federal Public Defender    ☐ CJA Attorney    ☐ None
Interpreter Required?    (No)    Yes    Language:

**DISTRICT OF VIRGINIA (EASTERN/Norfolk Division)**

TO: THE UNITED STATES MARSHAL

You are hereby commanded to take custody of the above named defendant and to transport that defendant with a certified copy of this commitment forthwith to the district of offense as specified above and there deliver the defendant to the United States Marshal for that District or to some other officer authorized to receive the defendant.

August 19 2008          F. Bradford Stillman
Date                    F. BRADFORD STILLMAN, U.S. MAGISTRATE JUDGE

**RETURN**

This commitment was received and executed as follows:

| DATE COMMITMENT ORDER RECEIVED | PLACE OF COMMITMENT | DATE DEFENDANT |
|---|---|---|
| DATE   UNITED STATES MARSHAL | | (BY) DEPUTY MARSHAL |