# WARRANT FOR ARREST

CO-180 (Rev. 4/02)

| UNITED STATES DISTRICT COURT | FOR THE DISTRICT OF COLUMBIA | |
|---|---|---|
| **UNITED STATES OF AMERICA** | DOCKET NO: 08-240 | MAGIS. NO: |
| v.<br>**ANGIE ROGERS**<br><br>FILED<br>AUG 2 2 2008<br>NANCY MAYER WHITTINGTON, CLERK<br>U.S. DISTRICT COURT<br><br>DOB:     PDID: | NAME & ADDRESS OF INDIVIDUAL TO BE ARRESTED<br><br>**ANGIE ROGERS**<br>**CENTRAL CORRECTIONAL FACILITY**<br>**NO. 13**<br>**6900 COURTHOUSE ROAD**<br>**CHESTERFIELD, VA 23832** | |
| WARRANT ISSUED ON THE BASIS OF: **INDICTMENT** | DISTRICT OF ARREST | |
| TO: ANY UNITED STATES MARSHAL OR OTHER AUTHORIZED OFFICER | CITY | |

**YOU ARE HEREBY COMMANDED** to arrest the above-named person and bring that person before the nearest available Magistrate Judge to answer to the charge(s) listed below.

## DESCRIPTION OF CHARGES

CREDIT CARD FRAUD
AGGRAVATED IDENTITY THEFT
FRAUD IN THE FIRST DEGREE

**IN VIOLATION OF:** UNITED STATES CODE TITLE & SECTION:

18:1029(a)(2);1028A; and D.C. Code 22-3221(a)

| BAIL FIXED BY COURT: | OTHER CONDITIONS OF RELEASE: | |
|---|---|---|
| ORDERED BY:<br>**MAGISTRATE JUDGE KAY** | SIGNATURE (JUDGE/MAGISTRATE JUDGE)<br>U.S. MAGISTRATE JUDGE ALAN KAY | DATE ISSUED:<br>8/5/08 |
| CLERK OF COURT:<br>Nancy Mayer-Whittington | BY DEPUTY CLERK: | DATE:<br>8/5/08 |

## RETURN

This warrant was received and executed with the arrest of the above-named person.

| DATE RECEIVED 8-7-2008 | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE EXECUTED 8-22-2008 | Per recording officer<br>Dusm D. L. Tolliver | |
| HIDTA CASE:  Yes   No  X | | OCDETF CASE:  Yes   No  X |

Fid # 87066