U.S. Department of Justice
U.S. Attorneys

# United States District Court for the District of Columbia

FILED

AUG 2 7 2008

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES OF AMERICA   :

v.   :   Case No. 08-240

Angie Rogers   :

:

## ORDER

1. Upon a representation by the United States that the defendant has never been subject of "routine processing" (booking, fingerprinting, photographing) in this case:

2. It is the __27th__ day of __August, 2008__ ORDERED:

3. That if the defendant is released on bond that he or she be accompanied on by _____ to the Central Cell Block of the Metropolitan Police Department, to the United States Marshal's Office and to _____ _____ for "routine processing," and that this be a condition of being released on bond;

4. That if the defendant is not released on bond, the United States Marshall shall release the defendant to the custody of __Special Agent Kevin Aurand__ for the purpose of "routine processing," and at the conclusion thereof to return the defendant to the custody of the Marshal.

_____
Judge (U.S. Magistrate)

_Court_
~~DEFENSE COUNSEL~~

DOJ USA-16-80