UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| v. ) | Criminal No. 08-240 |
| ) | |
| ANGIE ROGERS, ) | |
| ) | |
| Defendant. ) | |

FILED
OCT 28 2008
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

AMENDED
<u>ORDER</u>

In a hearing before Magistrate Judge Deborah A. Robinson on October 8, 2008, defendant entered a plea of guilty. On October 8, 2008, the magistrate judge issued a Report and Recommendation advising the Court to accept defendant's plea. The Court has received no objection to the Report and Recommendation. *See* Local Crim. R. 59.2(b) ("Any party may file written objections to the magistrate judge's proposed findings and recommendations . . . within ten days after being served with a copy thereof."). Accordingly, the Court hereby adopts the recommendation of the magistrate judge and accepts defendant's guilty plea.

**SO ORDERED.**

Signed:   **Emmet G. Sullivan**
          **United States District Judge**
          **October 28, 2008**